# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

April 28, 2011

(Via ECF)
Hon. Edward R. Korman, U.S.D.J.
U.S. District Court - Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *U.S. v. Obembe-Ehigator,*
     Cr. No. 03-306 (S-1)

Dear Judge Korman:

  I write, respectfully, to request a two-week adjournment of the May 2, 2011 surrender date in the above-captioned case. Mr. Obembe would like to give his employer a two week notice of his resignation from his job. Officer Vasquez, Pretrial Services has no objection to a postponement until May 16, 2011.

         Respectfully yours,

         */s/ Jean D. Barrett*
         Jean D. Barrett

JDB/jd

C:\Case files\Obembe-Ehigator\Request for Adjournment 04-15-10.wpd